United States Bankruptcy Court

Southern District of Florida

In re: Case No. 23-15406-MAM

Shawn Renee Maley Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-9  User: admin  Page 1 of 3
Date Rcvd: Jun 26, 2024  Form ID: CGFD44  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shawn Renee Maley, 19354 Skyridge Circle, Boca Raton, FL 33498-6212 |
| cr | + | Saturnia Homeowner Association Inc, c/o Deborah S Sugarman, 1200 Park Central Boulevard South, Pompano Beach, FL 33064-2215 |
| cr | + | Wells Fargo Bank, N.A., LOGS Legal Group, LLP, 750 Park Commerce Blvd., Suite 130, Boca Raton, FL 33487-3613 |
| 97010043 | + | Creaghan Harry, c/o Essex County Correctional, 354 Doremus Ave, Newark, NJ 07105-4882 |
| 97022391 | + | Saturnia Homeowners Association Inc., c/o Kaye Bender Rembaum, P.L., 1200 Park Central Boulevard South, Pompano Beach, FL 33064-2215 |
| 97174904 | + | Saturnia Homeowners Association Inc.,, Attn: Lisa Reichbach, 19350 Saturnia Lakes Dr.,, Boca Raton, FL 33498-6236 |
| 97010052 | + | Saturnia Homeowners' Association, LLC, c/o Kaye Bener Rembaum PL, 1200 Park Central Blvd., S, Pompano Beach, FL 33064-2215 |
| 97010055 | + | Wells Fargo Bank, c/o Logs Legal Group, LLP, 2424 N Federal Hwy., Ste 360, Boca Raton, FL 33431-7780 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Jun 27 2024 02:43:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 26 2024 23:20:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97050388 | | Email/PDF: bncnotices@becket-lee.com | Jun 26 2024 23:25:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 97010040 | + | Email/PDF: bncnotices@becket-lee.com | Jun 26 2024 23:49:27 | Amex, Correspondence/Bankruptcy, POB 981540, El Paso, TX 79998-1540 |
| 97012261 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 26 2024 23:16:00 | Ascendium Education Solutions, Inc OBO, Florida Department of Education OSFA, PO Box 8961, Madison WI 53708-8961 |
| 97010041 | + | EDI: CAPITALONE.COM | Jun 27 2024 02:43:00 | Capital One, Attn: Bankruptcy, POB 30285, Salt Lake City, UT 84130-0285 |
| 97024952 | | EDI: CAPITALONE.COM | Jun 27 2024 02:43:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 97010044 | + | Email/Text: bkfilings@zwickerpc.com | Jun 26 2024 23:21:00 | Discover, c/o Zwicker & Associates, 700 W Hillsboro Blvd., Bldg 2; Ste 201, Deerfield Beach, FL 33441-1612 |
| 97019620 | | EDI: DISCOVER | Jun 27 2024 02:43:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 97010045 | + | EDI: DISCOVER | Jun 27 2024 02:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 97010046 | + | Email/Text: bknotice@ercbpo.com | Jun 26 2024 23:20:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 97010047 | + | EDI: CCS.COM | Jun 27 2024 02:43:00 | Esurance, c/o Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 97010048 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: CGFD44 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 26 2024 23:18:00 | Goldman Sachs Bank USA, Attn: Bankruptcy/ APPLE CARD, POB 70379, Philadelphia, PA 19176-0379 |
| 97084704 | | EDI: JEFFERSONCAP.COM | Jun 27 2024 02:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 97010049 | | EDI: JEFFERSONCAP.COM | Jun 27 2024 02:43:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 97010042 | | EDI: JPMORGANCHASE | Jun 27 2024 02:43:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 97021955 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2024 23:49:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97010050 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2024 23:49:06 | LVNV Funding, LLC, c/o Resurgent Capital Services, Attn: Bankruptcy/Capital One Bank USA, POB 10497, Greenville, SC 29603-0497 |
| 97023545 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2024 23:21:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 97010051 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2024 23:21:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 97021590 | | EDI: AIS.COM | Jun 27 2024 02:43:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 97010054 | + | Email/Text: BhamBankruptcy@sba.gov | Jun 26 2024 23:18:00 | US Small Business Administration, 2 North 20th St. Ste. 320, Birmingham, AL 35203-4002 |
| 97010053 | + | EDI: IRS.COM | Jun 27 2024 02:43:00 | United States of America, District of New Jersey, 970 Broad St, 7th Fl, Newark, NJ 07102-2527 |
| 97063621 | | EDI: WFFC2 | Jun 27 2024 02:43:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, Default Document Processing PO Box 1629, Minneapolis , MN , 55440 |
| 97038550 | + | EDI: WFFC2 | Jun 27 2024 02:43:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 97010056 | + | EDI: WFFC2 | Jun 27 2024 02:43:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024                  Signature:        /s/Gustava Winters

District/off: 113C-9  
Date Rcvd: Jun 26, 2024  
User: admin  
Form ID: CGFD44  
Page 3 of 3  
Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deborah S. Sugarman, Esq. | on behalf of Creditor Saturnia Homeowner Association Inc dsugarman@kbrlegal.com  dsugarman@kbrlegal.com |
| Elizabeth W Eckhart | on behalf of Creditor Wells Fargo Bank  N.A. eeckhart@logs.com, LOGSECF@logs.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com  ecf2@ch13weiner.com |
| Stuart A Young, Esq | on behalf of Debtor Shawn Renee Maley syoung@ybplaw.com  lalmeida@ybplaw.com |

TOTAL: 5

CGFD44 (4/23/19)



**ORDERED in the Southern District of Florida on June 26, 2024**

_Mindy A Mora_
**Mindy A Mora**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 23−15406−MAM**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Shawn Renee Maley
fdba Live Your Best Life, LLC

19354 Skyridge Circle
Boca Raton, FL 33498−6212

SSN: xxx−xx−7687

## ORDER DISMISSING CASE PURSUANT TO TRUSTEE'S REPORT OF NON−COMPLIANCE BY DEBTOR WITH POST CONFIRMATION PLAN

As provided under Local Rule 3070−1(C)(2)(c), a Report of Non−Compliance by Debtor with Plan Payments has been filed by the trustee in this case indicating that the debtor was served by the trustee with a notice of delinquency which established a deadline for the debtor to become current with plan payments and that the debtor has failed to meet this deadline.

Accordingly, it is

**ORDERED** that:

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

6. In accordance with Local Rule 1002–1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk of court shall serve a copy of this order on all parties of record.

*###*

*Page 2 of 2*